SO ORDERED.

Dated: March 04, 2011

*signature*
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**ROBERT J. HOPP & ASSOCIATES, LLC**
Kim R. Lepore, AZ Bar No. 019130
333 West Colfax Avenue, Suite 400
Denver, CO 80204
Phone: 866-620-8605
k.lepore@hopplawfirm.com
Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Pamela Jean Baker,<br><br>Debtor(s) | Chapter 7<br><br>CASE NO. 2:10-bk-38568-RTBP |
| LITTON LOAN SERVICING LP, as servicer for HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-3 Update to Litton<br>and its successors and/or assignees,<br><br>Movant,<br><br>v.<br><br>Pamela Jean Baker and William E. Pierce, Trustee<br><br>Respondent(s). | **ORDER TERMINATING THE AUTOMATIC STAY**<br><br><br>(Re: 1514 North Elaine Drive, Prescott, AZ 86301) |

The Motion for Relief having been properly served, with no opposition filed herein, the Court enters its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is immediately extinguished for all purposes as to

Secured Creditor, LITTON LOAN SERVICING LP, as servicer for HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-3 Update to Litton, and its assignees and/or successors in interest with respect to the subject Property generally described as: **1514 North Elaine Drive, Prescott, AZ 86301** (the "Property").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be binding in any conversion of the subject bankruptcy proceeding to another Chapter of the Bankruptcy Code.

DATED: _____

**BY THE COURT**

_____
United States Bankruptcy Judge